CONSULAR COURT

CUSTODIA LEGIS

**FILED**
MAR 19 2007

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

=================================================================

| | |
|---|---|
| Montana (Foriegn State) ex rel., | Lodged Quoad Hoc |
| LeRoy Michael, Consular, | Aliens, Class Action |
| Paul D. Clement, Solicitor General, | Miscellaneous Docket No: |
| United States of America, ex rel, | SC-CR-607-Montana |
| Mike McGrath, Attorney General, | Lex non-scripta |
| Tom Corbett, Attorney General, | Habeas Corpus |
| Keith Reynolds # 04135-000 | |
| PO B 3000 Interpleaders | Alien Terrorst Removal Act |
| White Deer, PA   v. | |
| CONDOLEEZZA RICE, Secretary of State, | Case: 1:07-cv-00532 |
| ALBERTO GONZALES, Attorney General, | Assigned To : Unassigned |
| JONATHAN C. MINER, WARDEN | Assign. Date : 03/19/2007 |
| Respondents in Enforcement. | Description: REYNOLDS V. CONDOLEEZZA RICE, ET AL., |

‖ ‖ ‖ ‖ ‖ ‖ ‖ ‖ ‖ ‖ ‖ ‖ ‖ ‖

## OATH OF ABJURATION

UPON the court's own initiative quoad hoc, sua sponte, ex necessitate legis before special Consular LeRoy Michael, I Keith-Odell; Reynolds©El, Alien, hereby attest, affirm and acknowledge in law as a matter of natural and inherited Birthright by this Oath of Abjuration, Certificate of Loss nationality, Certificate of Death, Warrant for Removal, letter of acceptance, or Repatriation, habeas corpus in bankruptcy as a mandatory removal to my foreign country Virginia, (foreign state) under treaty law writ of mandamus of course, with venue, jurisdiction, and authority under Judicial notice of Foreign Law with unfettered assistance of interpreter, LeRoy Michael, special counsel of choice to writ:

By Oath of Abjuration, Keith-Odell;: Reynolds©El, alien, a bonafide permanet resident of the foreign country Virginia, (foreign state) having discovered massive fraud in retaliation to a purported dual nationality as a Fourteenth Amendment United States citizen subject owing allegiance to the United states Federal Corporation via certain

**RECEIVED**
FEB 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

terms of "person" "artificial persons" "strawman" "non-de querre" "a front" "a dummy" causing a presumption of citizenship within the jurisdiction of the United States. Citizenship status due to fraud, actual or constructive. Relying upon Consular court of my choice, with nunc pro tunc renunciation relating back to my eighteenth birthday ex necessitate legis through suggestion of death, capacity, competence, choice of law as a Real Party In Interest, Keith-Odell; Reynolds©El, where upon now I do counsel my signaturels on all prior papers, documents, certificates, agreements, adhesion contracts ect., relating to within the jurisdiction of the United States such as social security, Internal Revenue Service, Voter Registration or credit cards, United States Census Registration, United States District Courts before a magistrate (all purported documents), all signatures set by licensed attorney or lawyer as a member of the American Bar Association, all signatures set by the United States Bureau of Prisons; and further, I Keith-Odell; Reynolds©El, aliens' class character do hereby make my claim of repatriation to my foreign counrty of birthright or country of choice by my voluntary deportation, a natural and inherant right of expatriation under the savings clause, Revised statute §1999 ∴ Title 8 U.S.C. §1481, a Fortiori by letter of Acceptence attachment.

## Certificate of Loss of Nationality

UPON the Consular Court's own initiative nunc pro tunc, I LeRoy Michael, special Consular ex Officio, do hereby certify verify, attest, affirm and acknowledge the voluntary deportation by Keith-Odell; Reynolds©El, in Consular Court non-reviewable in any other court, with lex non-scripta exclusive remedy by habeas corpus where constitutional guarantees are in issue, 8 U.S.C. §1421(b), exclusive authority of Consular Court, 8 US.C. §1501, Certificate of Loss of Nationality; pursuant to Title 8 US.C. §1452(b)(2), Secretary of State Shall issue to the alien a Certificate of non-citizenship national status;

8 U.S.C.S. § 1481(a)(1) naturalization in foreign state;
" " " " 1502 Certificate of Nationality in foreign state;
" " " " 1329 Note 15, Consular non-reviewability;
" " " " 1229a(a)(3) exclusive procedure for alien removal;
" " " " 1229c(f) Judicial review (no denial);
" " " " 1535(c)(2)(b) special attorney for aliens;
" " " " 1535 Order of exclusion
" " " " 1536(a)(3) if a judge denies removal, the alien shall be released from custody;

8 U.S.C.S. § 1537(a)(1)(2) if a judge denies removal, the alien shall be released from custody.

### Certificate of Death

UPON the Consular Courts own initiative quoad hoc, the strawman, KEITH REYNOLDS was declared dead nunc pro tunc to the date of his Eighteenth Birthday of the Real Party in Interest, nul tiel corporation, Keith-Odell; Reynolds©El, so alien verified signature below:

                                  s/ LeRoy Michael
                                  LeRoy Michael, Consular

                                  s/ Keith-Odell; Reynolds©El
                                  Keith-Odell; Reynolds©El
                                  Real Party in Interest

### Warrant for Removal
### Pursuant to 18 U.S.C.S. §3044

Fed. R. App. P. Rule 9, shows release in criminal cases with subdivision (b), Release after judgment of conviction in Rule 9(a)(3), by one of its judges and subdivision (c) is criteria for release in accordance with Title 18 U.S.C.S. § 3141;

Rule 23, FRAP(c) shows this prisoner must be released on persoanl recognizance with or without surety. 18 U.S.C.S. § 3141, release of defendant pending appeal

(§3143). At subsection (c) release pending appeal by the government under §3731 of Title 18 in accordance with §3143 of Title 18 and subsection (c)(2) "in any other circumstances, release the person under §3142.

18 U.S.C.S. §3244(1) is eclusive jurisdiction and competence over proceedings seeking to challenge, modify or set aside conviction, or sentence handed down by a court of such country, and (2) the transfer cause must be heard in the court which would have jurisdiction and competence if the offender had of been transfered.

18 U.S.C.S. §3731, appeal by the United States, paragraph (3) three, is remedy by modification of detention or release order. Paragraph (5) five states: "the provision of this section shall be liberally construed to effectuate its purpose." 18 U.S.C.S. §3742(b) is appeal by the government, and (1) one if the sentences was imposed in violation of the law, 28 U.S.C.S. §2109, histrorically and statutory is quoted in pertinent part only; "it includes direct appeals in criminal cases under §3731 of Title 18(H.R 1600, 8th Congress)." See U.S. v. Mensky, 80 S. Ct. 450 (1960). 18 U.S.C.S. §4107(a)(b)(1) only the appropriate courts in the United States may modify or set aside the conviction or sentences, and any proceedings seeking such action may be brought in such courts.

<u>Habeas Corpus in bankruptcy, 28 U.S.C.S. §2256</u>

UPON the Court's own initiative quoad hoc, the creditors, aliens' class action by Real Party in Interest, Montana )foreign state) upon the relation of special, Consular LeRoy Michael and alien Keith-Odell; Reynolds©El, with change of venue by habeas corpus cum causa *ad faciendum, et recipiendum Writ of Privilege, common-law Writ of Certiotari Facias, the petitioner, Montana (foreign state) forum non-convenience, quoad hoc, et necessitate legis, cause sine qua non by Interpleaders in peace bond $800,000,000,00 bonafide render offer as a matter of eclusive right by King's

Bench Mandamus, Supreme Court Rules, Rule 45.1, 45.2, 45.3 by common-law Writ of Procedendo ad judicium as restoration of the former office of justice of the peace proceedings to judgment, "Vouching-in " <u>Paul D. Clement, Sol., U.S.     </u>, Mike McGrath (Montana)     and Tom Corbett(Pennsylvania) as surety, a necessary party, be advised in the premise: the classic savings-to-suitors clause, 28 U.S.C.S. §1333 not waived in this rule 23, Fed. R. Civ. P. common-law aliens' class action with rule 9(h), Fed. R. Civ. P. and supplemental rules for certain admiralty and Maritime claims, rule 65.1 Fed. R. Civ. P. by independant action Writ of Attachment and Writ of Garnishment involving final remedy by Writ of Peremptory mandamus should our voluntary deportation session be denied, or delayed according to Chapter 40 of Magna Charta, and by Chap. 61 of Magna Charta, the root of Article VI, clause 2 in the Constitution for the United States of America. Our aliens' class invoke rule 86, FRCP and rule 48, Supreme Court Rules in this particular cause of action, where these rules would not be feasible or would work an injustice, in which event the former procedure applies, noting rule 2, Fed. R. App. P. (suspension of Rules) and Chapter 17 of Title 28 U.S.C.S. §§ 3901-3908 with sections 1296, 1413, 1346(g) and Title 3 U.S.C.S. §454 under the savings clause in Title _____ 3, Historical and Statutory notes, section 2 of act June 25, 1948, proves our Kings' Bench has precedence with non-discrimination on chapter 5 of Title 3 relative to Title VII, Civil Rights Act of 1964 going to circa 1866, Citizens Right Act (foreign states) §§ 1731 and 1732 of Title 22 U.S.C.S. 9/k/a is statute at large 223, 224, as R.S §§ 1999, 2000, 2001 with non-waiver of justices June, 28 U.S.C.S. § 1346(g),  § 2284, a Fortiori at 1581(a) of Title 28 in Consular Court a/k/a Court of International Trade ports other than forum non conveniences and by presidents Proclamation Letter Rogatory 28 U.S.C.S. §§ 1781, 1782 with notice to the office of International Judicial Assistance, Civil Division, DOJ, Todd Building, Room 1234, 550 11th Street, N.W. Washington, District of Columbia, this Lex non scripta voluntary deportation is a mandate for Warrant for Removal to proper venue, Montana (foreign state) in original, peculiar, exclu-

sive jurisdiction to prevent discrimination against our Presidental Offices at the seat of government, the common wealth, in our foreign states.

**Affidavit Attached**

submitted, respectfully by

s/ <u>Keith-Odell; Reynolds©El</u>

Keith-Odell; Reynolds©El
Aliens' class

this 20 day of the February month

two thousand Seven in the year of our

Redeemer, Yahshua



## FOREIGN LAW AFFIDAVIT

| | | | |
|---|---|---|---|
| **Virginia (foreign state)** | ) | | **Lodged quoad hoc** |
| | ) | SS: | **Lex Loci** |
| | ) | | **Lex non scripta** |
| **Justice Township** | ) | | |

### FORMAL SOVEREIGN OATH OF ABJURATION

I, Keith-Odell; Reynolds©El, sui juris, Sovereign having first hand knowledge of the facts as the facts have been made known to me hereby and herein freely **RENOUNCE** all allegiances to the Foreign Venue and Jurisdiction of and within the United States Federal Corporation via certain terms of persons, artificial persons, straw-man, non-de querre a front, a dummy, causing a presumption of citizenship within the jurisdiction of the United States. I do freely give this **FORMAL ABJURATION** being of sound mind and having with me the power of the Sovereign by GOD ALMIGHTY to make my own volition this Oath by formal declaration.

In accordance with the provisions set forth in Title 8 U.S.C. § 1481, this Sovereign declares all officers, agents, employees, actors, or otherwise officials of the United States those being bound to obey the laws and statutes prescribed therein are **BOUND TO TAKE NOTICE** of this formal Oath of Abjuration. As well as, the afforementioned actors, agents, officers, employees, and/or other officials of the United States Government bound by the Laws, statutes, acts and/or provisions of the same Constitution that require the afforementioned entities to uphold that Constitution shall not infringe upon, ignore, disregard, or otherwise, find no substance and/or standing this Formal Oath of Abjuration.

Pursuant to Title 8 of the United States Code Service and the laws as they have been enumerated in the Holy Scriptures, I, Keith-Odell; Reynolds©El, sui juris, do **DECLARE** that no man can infringe upon this Sovereigns' right to renounce allegiance to any Foreign Government, Tyranical Power, King, Foreign Nation, or any other Alien Dominion.

I, Keith-Odell; Reynolds©El, sui juris, being born a free man upon the soil of the American Continental Virginia State do not intend to abrogate any immunities or personal rights and no thing herein shall be construed to do so. These personal rights are by and from GOD ALMIGHTY and any infringment upon the rights

PAGE ONE OF THREE
DECLARATION & CERTIFICATION OF SOVEREIGN STATUS

this Sovereign, sui juris, shall be deemed a blatant disregard of those ENTITLED rights to Life, Liberty, and and harm from life or limb.

I, Keith-Odell; Reynolds©El, sui juris, herein and forthwith **DECLARE** that being a Free man of GOD am not nor will not give this body, mind spirit, or soul to any Nation as defined by government or body politic. This Sovereign man herein **DECLARES** that no law other than those that are of his Foreign State shall govern this Sovereign.

I, Keith-Odell; Reynolds©El, sui juris, do declare that the Laws of the Common man being of Common-Law shall govern me and I do not recognize any other form of politic other than that of the **REPUBLIC** which is for the people, and by the people those being Sovereign not citizens of a Foreign Government as the United States Federal Corporation.

## NOTICE

LET NO THING IN THIS FORMAL OATH OF ABJURATION/RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING UNITED STATES CITIZENSHIP (BY DUAL NATIONALITY) THE JURISDICTION OF AND WITHIN THE UNITED STATES FEDERAL CORPORATION.

I, Keith-Odell; Reynolds©El, HEREBY, ATTEST, AFFIRM AND ACKNOWLEDGE IN

Consular Court this Foreign Law Affidavit ex parte with Oath of Abjuration, Certificate of Death, Habeas Corpus in Bankruptcy is true, correct, certain signed under penalty of Law before special Consular LeRoy Michael ex neccessitate Legis this 20 day of the month February Two Thousand Seven the year of our Lord.

> But above all things, my brethren, swear not neither by heaven
> neither by earth, neither by any oath, but let your yea be yea
> and your nay, nay, least ye fall into condemnation. James 5:12
> HB KJV.

attestation Keith-Odell; Reynolds©El
_____
Keith-Odell; Reynolds©El, Justice
Real Party In Interest
Nul tiel Corporation
"without prejudice"

**HOSTAGE LOCATION**

U.S. Pententiary Allenwood
P.O. Box 3000
White Deer
Pennsylvania
a/k/a/ Federal Bureau of Prisons

Acknowledgment:   s/  LeRoy Michael

                    LeRoy Michael, Consular
                    ex officio cleric, amanuensis
                    ex necessitate legis,
                    sui generis, Interpreter



Voluntary Deportation                                                                              Page Nine of Nine

SERVICE OF PROCESS

Alberto Gonzales
Attorney General
Department of Justice
Constitution Ave. & 10th St. N.W.
Washington, D.C. 20530


Condoleeza Rice
Secretary of State
Department of State
2201 C Street, N.W.
Washington, D.C. 20530


Paul D. Clement
Solicitor General
Department of Justice
Constitution Ave. & 10th Street, N.W.
Washington, D.C. 20530

[scribbled out]    Tom Corbett
                   Attorney General
                   Strawberry Sq. 16th Flr.
                   Harrisburg,
                   Pennsylvania

Clerk of Court
Clifton Forge Circuit
City Hall
P.O. Box 27
Clifton Forge
Virginia

Clerk of Court
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

G
07-0532
UNA

## I (a) PLAINTIFFS

Keith Reynolds EL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (PR)

## DEFENDANTS

Condoleezza Rice, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 04135-000

Case: 1:07-cv-00532
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: REYNOLDS V. CONDOLEEZZA RICE, ET AL.,

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

O

| ☒ G. *Habeas Corpus/ 2255*<br><br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

~~28 22~~ 28 USC 2241

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ $820 Billion  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☐ NO  If yes, please complete related case form.

DATE                SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd