AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

MAR 19 2007

District of COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Montana State, et al
Keith Odell Reynolds
Interpleaders
Plaintiff

V.

ALBERTO GONZALES, et al
Respondent
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND

Writ

Case: 1:07-cv-00532
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: REYNOLDS V. CONDOLEEZZA RICE, ET AL.,

CASE NUMBER

I, KEITH REYNOLDS @ ens legis LLC By: Keith-odell; Reynolds © El, Auth. Rep. declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  USP - Allenwood

   Are you employed at the institution? Yes    Do you receive any payment from the institution? Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   unknown

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   RECEIVED
   FEB 2 6 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

declare under penalty of perjury that the above information is true and correct.

_____    KEITH REYNOLDS©, ens legis, LLC
        Date              By: Keith-odell; Reynolds© EL, Auth. Rep.
                                   Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date |

# Inmate Account Inquiry

Inmate Register Number: 04135000

Inmate Name: REYNOLDS, KEITH

Facility: Allenwood USP

Housing Unit: ALP-D

Living Quarters: D04-213U

## Account Balances

| Field | Amount |
|---|---|
| Account Balance: | $48.31 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $48.31 |

## General Information

| Field | Amount |
|---|---|
| National 6 Months Deposits: | $434.84 |
| National 6 Months Withdrawals: | $400.84 |
| National 6 Months Avg Daily Balance: | $14.57 |
| Local Max. Balance - Prev. 30 Days: | $61.31 |
| Average Balance - Prev. 30 Days: | $12.23 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

Close

Date: 02/12/2007
Time: 2:21:42 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 08/01/2006
End Date: 02/12/2007
Inmate Reg#: 04135000
Account Status: All
Institution: All

Facility: ALX

Date: 02/12/2007
Time: 2:21:43 pm

Facility: ALX

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 04135000 | Living Quarters: | D04-213U |
| Inmate Name: | REYNOLDS, KEITH | Arrived From: | ALX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-D | Account Creation Date: | 1/31/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | 08/01/2006 06:00:38 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $6.71 |
| ALP | 08/01/2006 09:34:58 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $4.71 |
| ALP | 08/03/2006 05:41:36 PM | ITS0803 | | | Phone Withdrawal | ($2.00) | | $2.71 |
| ALP | 08/03/2006 07:49:21 PM | ITS0803 | | | Phone Withdrawal | ($2.00) | | $0.71 |
| ALP | 08/04/2006 07:08:10 AM | FPP0706 | | | Payroll - IPP | $53.55 | | $54.26 |
| ALP | 08/06/2006 12:05:06 PM | ITS0806 | | | Phone Withdrawal | ($2.00) | | $52.26 |
| ALP | 08/06/2006 12:11:31 PM | ITS0806 | | | Phone Withdrawal | ($2.00) | | $50.26 |
| ALP | 08/07/2006 05:21:48 PM | ITS0807 | | | Phone Withdrawal | ($3.00) | | $47.26 |
| ALP | 08/08/2006 08:46:46 PM | ITS0808 | | | Phone Withdrawal | ($2.00) | | $45.26 |
| ALP | 08/09/2006 10:12:25 AM | 30 | | | Sales | ($27.95) | | $17.31 |
| ALP | 08/09/2006 08:59:58 PM | ITS0809 | | | Phone Withdrawal | ($2.00) | | $15.31 |
| ALP | 08/11/2006 05:07:31 PM | ITS0811 | | | Phone Withdrawal | ($1.00) | | $14.31 |
| ALP | 08/12/2006 12:18:21 PM | ITS0812 | | | Phone Withdrawal | ($2.00) | | $12.31 |
| ALP | 08/13/2006 03:49:10 PM | ITS0813 | | | Phone Withdrawal | ($2.00) | | $10.31 |
| ALP | 08/13/2006 05:47:52 PM | ITS0813 | | | Phone Withdrawal | ($2.00) | | $8.31 |
| ALP | 08/17/2006 07:38:59 PM | ITS0817 | | | Phone Withdrawal | ($2.00) | | $6.31 |
| ALP | 08/20/2006 10:59:19 AM | ITS0820 | | | Phone Withdrawal | ($2.00) | | $4.31 |
| ALP | 08/29/2006 05:10:52 PM | ITS0829 | | | Phone Withdrawal | ($1.00) | | $3.31 |
| ALP | 08/29/2006 08:12:09 PM | ITS0829 | | | Phone Withdrawal | ($1.00) | | $2.31 |
| ALP | 08/30/2006 08:36:37 PM | ITS0830 | | | Phone Withdrawal | ($1.00) | | $1.31 |
| ALP | 08/31/2006 05:26:02 PM | ITS0831 | | | Phone Withdrawal | ($1.00) | | $0.31 |
| ALP | 09/08/2006 02:59:08 PM | FIPP0806 | | | Payroll - IPP | $40.70 | | $41.01 |
| ALP | 09/08/2006 05:21:30 PM | ITS0908 | | | Phone Withdrawal | ($3.00) | | $38.01 |
| ALP | 09/09/2006 07:00 … | ITS0909 | | | Phone Withdrawal | ($2.00) | | $36.01 |
| ALP | 09/09/2006 01:… … | ITS0910 | | | Phone Withdrawal | ($2.00) | | $34.01 |
| ALP | 09/10/2006 01:25:08 PM | ITS0910 | | | Phone Withdrawal | ($2.00) | | $32.01 |
| ALP | 09/14/2006 01:57:04 PM | 86 | | | Sales | ($27.92) | | $4.09 |
| ALP | 09/14/2006 05:35:27 PM | ITS0914 | | | Phone Withdrawal | ($2.00) | | $2.09 |
| ALP | 09/14/2006 05:46:38 PM | ITS0914 | | | Phone Withdrawal | ($2.00) | | $0.09 |
| ALP | 09/15/2006 05:14:14 AM | 70166301 | | | Lockbox - CD | $10.00 | | $10.09 |

Date: 02/12/2007
Time: 2:21:44 pm

Federal Bureau of Prisons
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 04135000 | Living Quarters: | D04-213U |
| Inmate Name: | REYNOLDS, KEITH | Arrived From: | ALX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-D | Account Creation Date: | 1/31/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | 09/15/2006 06:48:07 PM | ITS0915 | | | Phone Withdrawal | ($2.00) | | $8.09 |
| ALP | 09/15/2006 08:36:16 PM | ITS0915 | | | Phone Withdrawal | ($2.00) | | $6.09 |
| ALP | 09/17/2006 11:37:49 AM | ITS0917 | | | Phone Withdrawal | ($2.00) | | $4.09 |
| ALP | 09/20/2006 07:29:44 PM | ITS0920 | | | Phone Withdrawal | ($2.00) | | $2.09 |
| ALP | 09/21/2006 04:55:18 PM | ITS0921 | | | Phone Withdrawal | ($2.00) | | $0.09 |
| ALP | 10/02/2006 08:25:12 AM | GIPP0906 | | | Payroll - IPP | $51.00 | | $51.09 |
| ALP | 10/02/2006 07:17:26 PM | ITS1002 | | | Phone Withdrawal | ($2.00) | | $49.09 |
| ALP | 10/02/2006 07:28:58 PM | ITS1002 | | | Phone Withdrawal | ($2.00) | | $47.09 |
| ALP | 10/03/2006 03:04:12 PM | ITS2CONV | | | Phone Rev With Rel | $0.16 | | $47.25 |
| | **Total Transactions:** | **39** | | | | | | |
| ALX | 10/04/2006 03:59:20 AM | TX100406 | | | Transfer - In from TRUFACS | $47.25 | | $47.25 |
| | **Total Transactions:** | **1** | | | | | | |
| ALP | 10/04/2006 03:59:20 AM | TX100406 | | | Transfer - Out to TRUFACS | ($47.25) | | $0.00 |
| | **Total Transactions:** | **1** | | | | | | |
| ALX | 10/06/2006 05:11:57 AM | 70167801 | | | Lockbox - CD | $10.00 | | $57.25 |
| ALX | 10/07/2006 06:46:26 AM | TFN1007 | | | Phone Withdrawal | ($7.00) | | $50.25 |
| alx | 10/07/2006 07:31:32 PM | TFN1007 | | | Phone Withdrawal | ($2.00) | | $48.25 |
| alx | 10/08/2006 06:25:48 PM | TFN1008 | | | Phone Withdrawal | ($2.00) | | $46.25 |
| ALX | 10/11/2006 10:24:48 AM | 70167601 | | | Lockbox - CD | $10.00 | | $56.25 |
| ALX | 10/12/2006 02:23:05 PM | 95 | | | Sales | ($51.10) | | $5.15 |
| ALX | 10/13/2006 04:47:__ __ | TFN1013 | | | Phone Withdrawal | ($1.00) | | $4.15 |
| | | | | | | | | |
| ALX | 11/02/2006 05:0_:__ __ | 70169601 | | | Lockbox - CD | $20.00 | | $20.15 |
| ALX | 11/02/2006 12:10:5_ __ | TFN1102 | | | Phone Withdrawal | ($2.00) | | $18.15 |
| ALX | 11/02/2006 03:20:0_ __ | TFN1102 | | | Phone Withdrawal | ($2.00) | | $16.15 |
| ALX | 11/03/2006 12:49:15 PM | GIPP1006 | | | Payroll - IPP | $53.94 | | $70.09 |
| ALX | 11/03/2006 03:13:58 PM | TFN1103 | | | Phone Withdrawal | ($5.00) | | $65.09 |

Date: 02/12/2007　　　　　　　　　　　　　　Federal Bureau of Prisons　　　　　　　　　　　　　　Facility: ALX
Time: 2:21:44 pm　　　　　　　　　　　　　　　　　　TRUFACS
　　　　　　　　　　　　　　　　　　　　　　　Inmate Statement
　　　　　　　　　　　　　　　　　　　　Sensitive But Unclassified

## General Information

| Inmate Reg#: | 04135000 | Living Quarters: | D04-213U |
|---|---|---|---|
| Inmate Name: | REYNOLDS, KEITH | Arrived From: | ALX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-D | Account Creation Date: | 1/31/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 11/03/2006 08:07:58 PM | TFN1103 | | | Phone Withdrawal | ($3.00) | | $62.09 |
| ALX | 11/04/2006 11:14:39 AM | TFN1104 | | | Phone Withdrawal | ($2.00) | | $60.09 |
| ALX | 11/04/2006 05:35:36 PM | TFN1104 | | | Phone Withdrawal | ($3.00) | | $57.09 |
| ALX | 11/06/2006 03:08:13 PM | TFN1106 | | | Phone Withdrawal | ($2.00) | | $55.09 |
| ALX | 11/06/2006 07:42:48 PM | TFN1106 | | | Phone Withdrawal | ($2.00) | | $53.09 |
| ALX | 11/07/2006 03:38:58 PM | TFN1107 | | | Phone Withdrawal | ($2.00) | | $51.09 |
| ALX | 11/08/2006 12:29:31 PM | TFN1108 | | | Phone Withdrawal | ($1.00) | | $50.09 |
| ALX | 11/08/2006 01:57:38 PM | 82 | | | Sales | ($32.40) | | $17.69 |
| ALX | 11/09/2006 11:45:57 AM | TFN1109 | | | Phone Withdrawal | ($3.00) | | $14.69 |
| ALX | 11/15/2006 09:02:36 PM | TFN1115 | | | Phone Withdrawal | ($3.00) | | $11.69 |
| ALX | 11/16/2006 09:07:03 PM | TFN1116 | | | Phone Withdrawal | ($2.00) | | $9.69 |
| ALX | 11/17/2006 05:13:46 PM | TFN1117 | | | Phone Withdrawal | ($2.00) | | $7.69 |
| ALX | 11/18/2006 06:29:39 PM | TFN1118 | | | Phone Withdrawal | ($3.00) | | $4.69 |
| ALX | 11/19/2006 12:57:47 PM | TFN1119 | | | Phone Withdrawal | ($1.00) | | $3.69 |
| ALX | 11/23/2006 03:25:39 PM | TFN1123 | | | Phone Withdrawal | ($2.00) | | $1.69 |
| ALX | 11/23/2006 06:00:11 PM | TFN1123 | | | Phone Withdrawal | ($1.00) | | $0.69 |
| ALX | 12/08/2006 02:50:03 PM | GIPP1106 | | | Payroll - IPP | $51.04 | | $51.73 |
| ALX | 12/08/2006 06:02:33 PM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $49.73 |
| ALX | 12/08/2006 06:58:54 PM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $47.73 |
| ALX | 12/09/2006 09:14:12 AM | TFN1209 | | | Phone Withdrawal | ($2.00) | | $45.73 |
| ALX | 12/09/2006 02:03:53 PM | TFN1209 | | | Phone Withdrawal | ($2.00) | | $43.73 |
| ALX | 12/12/2006 12:13:18 PM | TFN1212 | | | Phone Withdrawal | ($2.00) | | $41.73 |
| ALX | | | | | | | | |
| ALX | | | | | | | | |
| ALX | 12/28/2006 03:10:... PM | TFN1228 | /0173501 | | Lockbox - CD | $20.00 | | $40.10 |
| ALX | | | | | Phone Withdrawal | $3.00 | | |
| ALX | 12/29/2006 05:56:57 PM | TFN1229 | | | Phone Withdrawal | ($7.00) | | $30.10 |
| ALX | 12/30/2006 10:45:04 AM | TFN1230 | | | Phone Withdrawal | ($5.00) | | $25.10 |
| ALX | | | | | Phone Withdrawal | ($5.00) | | $20.10 |

Page 4

Date: 02/12/2007  
Time: 2:21:44 pm

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: ALX

## General Information

| Inmate Reg#: | 04135000 | Living Quarters: | D04-213U |
|---|---|---|---|
| Inmate Name: | REYNOLDS, KEITH | Arrived From: | ALX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-D | Account Creation Date: | 1/31/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 01/05/2007 02:13:07 PM | GIPP1206 | | | Payroll - IPP | $52.12 | | $72.22 |
| ALX | 01/08/2007 11:35:39 AM | TFN0108 | | | Phone Withdrawal | ($3.00) | | $69.22 |
| ALX | 01/08/2007 07:59:21 PM | TFN0108 | | | Phone Withdrawal | ($3.00) | | $66.22 |
| ALX | 01/09/2007 05:13:43 PM | TFN0109 | | | Phone Withdrawal | ($3.00) | | $63.22 |
| ALX | 01/09/2007 07:04:42 PM | TFN0109 | | | Phone Withdrawal | ($3.00) | | $60.22 |
| ALX | 01/10/2007 08:14:31 PM | TFN0110 | | | Phone Withdrawal | ($3.00) | | $57.22 |
| ALX | 01/12/2007 10:17:21 AM | 43 | | | Sales | ($38.15) | | $19.07 |
| ALX | 01/13/2007 05:13:07 AM | 70174601 | | | Lockbox - CD | $25.00 | | $44.07 |
| ALX | 01/13/2007 09:41:59 AM | TFN0113 | | | Phone Withdrawal | ($3.00) | | $41.07 |
| ALX | 01/13/2007 11:03:28 AM | TFN0113 | | | Phone Withdrawal | ($6.00) | | $35.07 |
| ALX | 01/14/2007 12:50:16 PM | TFN0114 | | | Phone Withdrawal | ($5.00) | | $30.07 |
| ALX | 01/16/2007 11:25:41 AM | 50 | | | Sales | ($9.80) | | $20.27 |
| ALX | 01/16/2007 05:02:00 PM | TFN0116 | | | Phone Withdrawal | ($2.00) | | $18.27 |
| ALX | 01/17/2007 08:18:29 PM | TFN0117 | | | Phone Withdrawal | ($3.00) | | $15.27 |
| ALX | 01/21/2007 11:59:54 AM | TFN0121 | | | Phone Withdrawal | ($2.00) | | $13.27 |
| ALX | 01/22/2007 06:36:58 PM | TFN0122 | | | Phone Withdrawal | ($1.00) | | $12.27 |
| ALX | 01/22/2007 07:07:43 PM | TFN0122 | | | Phone Withdrawal | ($2.00) | | $10.27 |
| ALX | 01/24/2007 06:44:11 PM | TFN0124 | | | Phone Withdrawal | ($1.00) | | $9.27 |
| ALX | 01/24/2007 06:51:34 PM | TFN0124 | | | Phone Withdrawal | ($3.00) | | $6.27 |
| ALX | 01/25/2007 12:06:30 PM | TFN0125 | | | Phone Withdrawal | ($3.00) | | $3.27 |
| ALX | 01/26/2007 06:26:54 PM | TFN0126 | | | Phone Withdrawal | ($1.00) | | $2.27 |
| ALX | 01/29/2007 11:35:12 AM | TFN0129 | | | Phone Withdrawal | ($1.00) | | $1.27 |
| ALX | 0?/??/2007 0?:??:?? ?? | TFN0??? | | | Pho... ...dr... | $?.?? | | $0.27 |
| ALX | 0?/??/2007 06:1?:?? ?? | TFN0??? | | | Pho... W... | ($3.00) | | $?.?? |
| ALX | 02/09/2007 02:41:56 PM | GIPP0107 | | | Payroll - ... P | $61.04 | | $61.31 |
| ALX | 02/09/2007 04:54:52 PM | TFN0209 | | | Phone Withdrawal | ($3.00) | | $58.31 |

Date: 02/12/2007
Time: 2:21:44 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 04135000 | Living Quarters: | D04-213U |
| Inmate Name: | REYNOLDS, KEITH | Arrived From: | ALX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-D | Account Creation Date: | 1/31/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 02/09/2007 07:34:55 PM | TFN0209 | | | Phone Withdrawal | ($3.00) | | $55.31 |
| ALX | 02/10/2007 09:37:36 AM | TFN0210 | | | Phone Withdrawal | ($3.00) | | $52.31 |
| ALX | 02/11/2007 09:54:01 AM | TFN0211 | | | Phone Withdrawal | ($2.00) | | $50.31 |
| ALX | 02/12/2007 12:04:52 PM | TFN0212 | | | Phone Withdrawal | ($2.00) | | $48.31 |
| | Total Transactions: 78 | | | | Totals: | $39.60 | $0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $48.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48.31 |
| Totals: | $48.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48.31 |