FILED
MAR 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEITH REYNOLDS EL,

    Petitioner,

v().

CONDOLEEZZA RICE, *et al.*,

    Respondents.

Case: 1:07-cv-00532
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: REYNOLDS V. CONDOLEEZZA RICE, ET AL.,

## TRANSFER ORDER

Petitioner appears to raise claims that sound in habeas. *Habeas corpus* actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a *habeas corpus* action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). A "district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Therefore, the Court will transfer this matter to the United States District Court for the Middle District of Pennsylvania, the district in which petitioner currently is incarcerated. Resolution of petitioner's application to proceed *in forma pauperis* is left to the transferee court to decide. Accordingly, it is hereby

**ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

SO ORDERED.

Date: 3/8/07

_____
United States District Judge